# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Keair Jamal Boyd, | Case No.: 2:20-cv-00632-JAD-DJA |
| Petitioner | **Order Dismissing Action** |
| v. | ECF No. 1 |
| State of Nevada, | |
| Respondent | |

This action is a petition for a writ of habeas corpus by Keair Jamal Boyd, who is apparently incarcerated at the Clark County Detention Center. Boyd submitted his habeas petition[1] for filing on April 1, 2020. He did not pay the $5 filing fee, and he did not submit an application to proceed *in forma pauperis*.

Boyd's habeas petition also was not prepared on the form approved by the court, and it is incomplete and plainly without merit.[2] For these reasons, this case will be summarily dismissed without prejudice to Boyd's ability initiating a new habeas corpus action in this court. If Boyd wishes to initiate a habeas corpus action in this court, he must (1) submit a fully completed petition for writ of habeas corpus on a correct form, and (2) either (a) pay the correct filing fee ($5) or (b) submit a fully completed application to proceed *in forma pauperis* on the court-required form.

IT IS THEREFORE ORDERED that **this action is DISMISSED** without prejudice, and the Clerk of the Court is directed to **ENTER JUDGMENT ACCORDINGLY**. **A certificate of**

---

[1] ECF No. 1.1.
[2] *See* LSR 3-1.

**appealability is DENIED** because jurists of reason would not find debatable whether the court is correct in dismissing this action;

IT IS FURTHER ORDERED that **the Clerk of the Court is directed to:**

- **SEND** to the Petitioner, along with a copy of this order, two copies of the form for a petition for a writ of habeas corpus, and two copies of the form for an application to proceed *in forma pauperis* for a prisoner, and any available instructions regarding those forms;

- **ADD** Aaron D. Ford, Attorney General of the State of Nevada, to the docket for this case, as counsel for the Respondents; and

- **SERVE** the Respondents with a copy of the habeas petition (ECF No. 1-1) and a copy of this order. Respondents need take no action with respect to this case.

Dated: April 3, 2020.

_____
U.S. District Judge Jennifer A. Dorsey